UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OPAL C. CORRICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-679-B |
| | § | |
| AMERICAN AIRLINES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff Opal C. Corrica's Counsel's Motion to Withdraw (Doc. 45). The Court held a hearing regarding the motion on October 29, 2021. *See* Doc. 51. After hearing from Plaintiff, Plaintiff's Counsel, and Defendant, the Court **GRANTED** the motion and allowed Plaintiff's counsel to withdraw from this case. Therefore, Ashok Bail and Niles S. Illich are hereby removed as counsel of record, and the Clerk is directed to terminate notices to them for this civil action. Additionally, because the Court granted their motion to withdraw, Plaintiff's Counsel's Motion for In Camera Review (Doc. 46) is **DENIED AS MOOT**.

Because Plaintiff has indicated her desire to seek new counsel, the Court hereby **STAYS** all deadlines in this case for thirty (30) days so that Plaintiff may retain new legal counsel.

If, however, Plaintiff chooses to proceed *pro se* in this matter, she is to (1) give the Court notice that she intends to proceed *pro se*, and (2) immediately register with the Court's Electronic Case Filing (ECF) System, available at http://www.txnd.uscourts.gov/ecf-registration. Should Plaintiff have any issues, she may call the Court's ECF Help Desk at either 214-753-2633 or 866-243-2866.

The Clerk is directed to mail a copy of this Order by certified mail, return receipt requested, to:

**Ms. Opal C. Corrica**
19 East 19th Street, Apt. 517
Bayonne, New Jersey 07002

SO ORDERED.

SIGNED: October 29, 2021.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 2 -